IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HONIBALL, <br><br> Plaintiff, <br><br> v. <br><br> LIFE PROTECT 24/7, INC., <br><br> Defendant. | Case No. 1:21-CV-6928 |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, Michael Honiball, through counsel, and hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

This the 23rd day of March, 2022

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
Kaufman P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
305-469-5881
kaufman@kaufmanpa.com

Juneitha Shambee
Shambee Law Office, Ltd.
701 Main Street, Suite 201 A
Evanston, IL 60202
773-741-3602
juneitha@shambeelaw.com
ARDC: 6308145

*ATTORNEYS FOR PLAINTIFF and the putative Class*