IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HONIBALL, <br><br> Plaintiff, <br><br> v. <br><br> LIFE PROTECT 24/7, INC., <br><br> Defendant. | Case No. 1:21-CV-6928 |

NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, Michael Honiball, through counsel, and hereby notifies the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

This the 11th day of April, 2022

By: */s/ Avi R. Kaufman*
Avi R. Kaufman
Kaufman P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
305-469-5881
kaufman@kaufmanpa.com

Juneitha Shambee
Shambee Law Office, Ltd.
701 Main Street, Suite 201 A
Evanston, IL 60202
773-741-3602
juneitha@shambeelaw.com
ARDC: 6308145

*ATTORNEYS FOR PLAINTIFF and the putative Class*